# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| LE20 | 9127976 | Louviere | 965 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/17/2019 | 18 U.S.C. 13 LA RS 14:67(B)3 |

**Place of Offense:** 2400 Canal Street, New Orleans, LA 70119

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Theft of an item of a value of $1,000 or less.

### DEFENDANT INFORMATION

**Last Name:** McMillan
**First Name:** Edward
**MI:** J.

Street Address: [REDACTED]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signed]*

Original - CVB Copy

*9127976*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident